STATE OF NEW MEXICO
COUNTY OF SANDOVAL
THIRTEENTH JUDICIAL DISTRICT COURT

GILBERT CANDELARIA,

    Plaintiff,

v.                                                  No. D-1329-CV-2018-02602

FAMILY DOLLAR STORES OF NEW
MEXICO, INC., d/b/a FAMILY DOLLAR,

    Defendant.

## NOTICE OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on February 13, 2019, Defendant Family Dollar Stores of New Mexico Inc., d/b/a Family Dollar filed in the United States District Court for the District of New Mexico its Notice of Removal of this action to that court. A full and true copy of the Notice or Removal, including all exhibits is attached hereto.

DATED: February 13, 2019

                                              Respectfully submitted,

                                              BUTT THORNTON & BAEHR PC
                                              */s/ Jay J. Athey*
                                              Jay J. Athey
                                              PO Box 3170
                                              Albuquerque, NM 87190-3170
                                              Telephone:   (505) 884-0777
                                              Facsimile:    (505) 889-8870
                                              jjathey@btblaw.com
                                              *Attorneys for Family Dollar Stores of New Mexico, Inc. d/b/a Family Dollar*

I HEREBY CERTIFY that on the 13th day of February, 2019, I caused the foregoing to be electronically filed through the Thirteenth Judicial District Court Odyssey File & Serve system, which caused the following counsel to be served by electronic means; along with a courtesy copy e-mailed to the following counsel this 13th day of February, 2019.

Alex E. Reynolds, Esq.
SANDERSON, BRUIN, COLL & WORLEY, P.A.
aer@sbcw-law.com
*Attorneys for Plaintiff*

*/s/ Jay J. Athey*
Jay J. Athey